U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

'09 SEP -9 P1 59

JON W. SANFILIPPO
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL FUENTES, SR.,

    Defendant.

Case No. 09-CR
[18 U.S.C. § 911]

**09 CR-219**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about August 11, 2006, in the State and Eastern District of Wisconsin,

**GABRIEL FUENTES SR.,**

the defendant a citizen of Mexico and therefore an alien in the United States, falsely and willfully represented himself to be a citizen of the United States.

All in violation of Title 18, United States Code, Section 911.

A TRUE BILL:

███████████

FOREPERSON

Date: 9/9/09

MICHELLE L. JACOBS
United States Attorney