**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**UNITED STATES OF AMERICA,**

        Plaintiff,

                **Case No. 09-CR-219**

**-vs-**

**GABRIEL FUENTES, SR.,**

        Defendant.

## STIPULATED ORDER OF REMOVAL

Pursuant to the defendant's waiver of his right to notice and hearing under section 238(c)(2) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(2), and the defendant's stipulation to the entry of a judicial order of removal from the United States as set forth in Paragraph 19 of the Rule 11 Plea Agreement in this matter pursuant to section 238(c)(5) of the Immigration and Nationality Act, 8 U.S.C. § 1228(c)(5), and with the concurrence of the designee of the Assistant Secretary for the U.S. Immigration and Customs Enforcement:

**IT IS HEREBY ORDERED** that defendant Gabriel Fuentes, Sr., alien registration number A97 838 649, be removed from the United States to Mexico, or to any other country as prescribed by the immigration laws and regulations of the United States, following any sentence of imprisonment imposed by this Court.

Dated at Milwaukee, Wisconsin, this 28th day of April, 2010.

                **SO ORDERED,**

                *s/ Rudolph T. Randa*
                **HON. RUDOLPH T. RANDA**
                **U.S. District Judge**